**DISMISS; and Opinion Filed June 11, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-09-00822-CV

**MICKEY S. COX, DONALD G. CAVE, AND HUMA-CLEAN LLC, Appellants**
**V.**
**NEXBANK SSB, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-04434**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

We **REINSTATE** this appeal.

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).



/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

090822F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICKEY S. COX, DONALD G. CAVE, AND, HUMA-CLEAN LLC, Appellants

No. 05-09-00822-CV     V.

NEXBANK SSB, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 07-04434.
Opinion delivered by Justice Fillmore.
Justices O'Neill and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 11th day of June, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

–2–